# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-07439 JAK (DTBx) | Date | June 13, 2011 |
|---|---|---|---|
| Title | Hatem Elrefaey v. IQ Data International, Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 10, 2011, defendant filed "Notice of Settlement of the Entire Action" [17]. The Court sets an Order to Show Cause re Dismissal for September 12, 2011 at 10:30 a.m. If the parties file a dismissal by September 9, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference, set for October 7, 2011, hearing on motions in limine and disputed jury instructions, set for October 24, 2011, and Jury Trial set for November 1, 2011, are all vacated.

: 

Initials of Preparer    ak